
RECEIVED
IN MONROE, LA

JUN 1 6 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| MIRZET SILAHIC<br>A 750 84 665<br>VS.<br><br>ALBERTO GONZALES, ET AL. | CIVIL ACTION NO. 05-2171<br><br>SECTION P<br>JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE** as moot.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this _15_ day of _June_, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE